CITY OF CLEVELAND
Mayor Justin M. Bibb

Department of Aging
Department of Public Utilities

July 14, 2025

Camille Brown
130 E.219th St
Euclid, Ohio 44123

RE: PDC Outcome Letter

Dear Ms. Brown,

This is to inform you that your employment as a Customer Service Representative in the Department of Public Utilities (DPU) is terminated immediately, effective July 14, 2025.

This termination stems from violations committed during your employment as a Customer Services Representative at DPU (current) and as Intake Specialist at the Department of Aging. Specifically, you have violated rules set by the Civil Service Commission of the City of Cleveland and specific City of Cleveland policies.

Civil Service Rule 9.10

1. Neglect of duty
2. Absence from duty without leave
3. Incompetence or inefficiency in performance of duties
5. Conduct unbecoming an employee in the public service
7. Disorderly, immoral, or unethical conduct while on duty
8. Insubordination
18. For other failure of good behavior which is detrimental to the service, or for any other act of misfeasance, malfeasance, or nonfeasance in office

City of Cleveland Workplace Policies

- Workplace Violence Policy
- Personal Electronic Devices Policy

A pre-disciplinary conference was held on June 20, 2025. The hearing was presided over by Ariel Flores, Employee Relations Officer. The Department of Aging was represented by Adam Cisler. Union representation was provided by Trina Tresville (President), Vanessa Turner (Vice-President), and Michelle Foust (Chapter Head) of AFSCME Local 100.

The charges against you stem from several infractions committed on March 3-4, 2025. Specifically, on these dates, you failed to complete assigned data entry tasks and did not fully populate the chore robocall spreadsheet as instructed.

Furthermore, on March 3, 2025, you left the office with outstanding assignments and without informing your supervisor of your expected return time, remaining absent for approximately two hours shortly after the Director's departure.

On March 4, 2025, you again failed to complete assigned tasks, despite having received clear prior instructions.

Additionally, you failed to attend a mandatory medical appointment on two separate occasions. The documentation you provided to justify your absence was deemed unsatisfactory, rendering your failure to return or clarify your status an unauthorized absence.

Lastly, you were found in violation of the City of Cleveland's Workplace Violence and Personal Electronic Devices policies. The allegation that you made threatening remarks to an employee was substantiated by a witness. You also admitted to recording conversations, though you stated your intent was to prove that loud gospel music was being played.

Your explanations for these actions have been deemed without merit, unconvincing, and illogical.

You were expected to adhere to work-related directives, perform your duties, and maintain conduct consistent with the City of Cleveland's Workplace Policies and Procedures in both your current and previous roles. Given the egregious nature of these violations, your disciplinary action has progressed to Step 5 (Termination) on the City's progressive disciplinary schedule.

In accordance with the terms of the collective bargaining agreement between the City of Cleveland and Local 100 AFSCME Ohio Council 8, you have the right to appeal this action through the grievance procedure.

Sincerely,

Martin Keane, Director, Department of Public Utilities

Mary McNamara, Director, Department of Aging

cc: Matthew Cole, Director, Human Resources
Ed Morales, Assistant Director, Human Resources
Danielle Graham, Executive Commissioner, Public Utilities
Adam Cisler, Administrative Manager, Department of Aging
Ammon Danielson, Commissioner, Cleveland Public Power
Monique Young, Employee Relations Manager
Mark Chimo, Senior Labor Relations Officer, Human Resources
LeKeya Montgomery, Labor Relations Compliance Specialist, Public Utilities
File