**GRANTED.**

*[signature]*

Patricia A. Gaughan
United States District Judge
June 16, 2026

FILED

JUN 15 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| CAMILLE T. BROWN, | Case No. 1:26-cv-01065 |
| Plaintiff, | Judge Patricia A. Gaughan |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| CITY OF CLEVELAND, | |
| Defendant. | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY

Plaintiff Camille T. Brown, appearing *pro se*, respectfully moves this Court for leave to register as an electronic filer and to file documents electronically through the Court's CM/ECF system in the above-captioned matter. In support of this Motion, Plaintiff states as follows:

1.  Plaintiff filed this action *pro se* on May 7, 2026.

2.  Under Local Rule 5.1 and the Court's Electronic Filing Policies and Procedures Manual, a *pro se* party must obtain leave of Court to file electronically through the CM/ECF system.

3.  Plaintiff has reliable access to a computer, the internet, a scanner, and a valid electronic mail account, and is capable of meeting the technical requirements for electronic filing.

4.  Plaintiff has reviewed the Court's Electronic Filing Policies and Procedures Manual and agrees to comply with all rules governing electronic filing, including the requirements for document format, timeliness, and service.

5.  Granting this Motion will promote the efficient administration of this case. Electronic filing will allow Plaintiff to file documents promptly, receive immediate electronic notice of all

1

filings and Court orders, and reduce delays and costs associated with paper filing and mail service.

6. Plaintiff understands that registration as an electronic filer constitutes consent to electronic service of documents under Federal Rule of Civil Procedure 5(b)(2)(E) and the corresponding Local Rules.

7. Plaintiff understands that the Court may revoke electronic filing privileges at any time for failure to comply with the Court's rules and procedures.

8. This Motion is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave for Plaintiff to register as an electronic filer and to file documents electronically through the CM/ECF system in this matter, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

Camille T. Brown
*Plaintiff, Pro Se*
130 E. 219th Street
Euclid, Ohio 44123
camille.brown25@yahoo.com

## CERTIFICATE OF SERVICE

2

I certify that on _____, 2026, the foregoing Plaintiff's Motion for Leave to File Electronically was filed with the Clerk of Court. No other party has appeared in this action, and service of this motion on any other party is therefore not required at this time.


_____

Camille T. Brown

*Plaintiff, Pro Se*


Dated: June 15th, 2026

3