UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Camile T. Brown, | ) | CASE NO.: 1:26-CV-1065 |
| | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | **NOTICE OF CASE MANAGEMENT CONFERENCE** |
| | ) | |
| | ) | |
| City of Cleveland, | ) | |
| | ) | |
| Defendant(s). | ) | |

All counsel and/or parties will take notice that the above-entitled action has been set for a Case Management Conference ("CMC") on **September 1, 2026, at 9:15 a.m.** before Judge Patricia A. Gaughan. United States District Court Local Rule Section 16 will apply to this case. **The conference will be held by telephone with the court initiating the call.**

The parties shall meet prior to the CMC to discuss the case and prepare the proposed discovery plan pursuant to Fed. R. Civ. P. 26 (f). The parties shall, within 10 days after the meeting, provide the basic information to the other parties specified by Fed. R. Civ. P. 26 (a) (1) (initial disclosures). A Report of Parties' Planning Meeting (see attached form), shall be filed with the Court at least three business days prior to the CMC.

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, request for admissions, and answers and responses thereto shall not be filed with the Clerk's Office, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

It is the responsibility of counsel for the plaintiff (s) to verify that a copy of this Order has been received by counsel for defendant (s) or, if no counsel has entered an appearance for defendant (s), has been received by defendant(s).

Please call (216) 357-7210 for any questions or concerns.

**IT IS SO ORDERED.**

*/s/Patricia A. Gaughan*
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

**Date: 6/16/26**

**ATTACHMENT 1**

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO

| | | |
|---|---|---|
| Camile T. Brown, | ) | CASE NO.: 1:26-CV-1065 |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | **REPORT OF PARTIES' PLANNING** |
| City of Cleveland, | ) | **MEETING UNDER FED. R. CIV.P.** |
| | ) | **26F), L.R.16.3 (b)(3) AND LPR 2.1** |
| | ) | |
| Defendant(s). | ) | |

1. Pursuant to Fed. R. Civ. P. 26 (f) and L.R. 16.3 (b), a meeting was held on

________________________________, 202____, and was attended by:

___________________________ Counsel for plaintiff (s) ____________________________

___________________________ Counsel for plaintiff (s) ____________________________

___________________________ Counsel for defendant(s)____________________________

___________________________ Counsel for defendant(s) ______________________________

2. The parties:

______ have exchanged the pre-discovery disclosures required by Rule 26 (a) (1)

______ will exchange such disclosures by _________________________ , 202____

_____ have not been required to make initial disclosures.

3. The parties recommend the following track:

_______ Expedited _______ Standard _______ Complex

_______ Administrative _______ Mass Tort

4. This case is automatically designated as suitable for Electronic Case Filing (ECF). Is there any reason that the designation should change to "not suitable for ECF"? ______________________

______________________________________________________________________________

5. Choose one of the following:

______ This case **is** suitable **now** for **ADR** or _____________ (insert an alternative ADR)**.**

or,

______ Case **is not** suitable for ADR at this time.

or,

______ Case **is not** suitable for ADR at any time.

6. The parties _______ do/________ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S. C.§ 636 (c).

7. Federal jurisdiction is based upon ___________________________________________________

______________________________________________________________________________

8. Recommended Discovery Plan:

a) Describe the claims & defenses on which discovery is to be sought and the nature and extent of discovery.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

b) Non-Expert discovery deadline: _________________________

c) If applicable, set forth the issues that will be addressed by experts and provide proposed deadlines: ______________________________________________

______________________________________________________________________________

______________________________________________________________________________

Expert report for the party with the burden of proof deadline: ______________

Rebuttal expert report deadline: ___________________________________

Expert discovery cut-off deadline: _________________________________

9. The pleadings shall be amended **without** leave of Court on or before: ________________.

10. Recommended dispositive motion date: ____________________________.

11. Recommended date for a Status Conference __________ or Settlement Conference __________.

12. Other matters for the attention of the Court:___________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Attorney for Plaintiff (s) ________________________________

Attorney for Plaintiff (s)_________________________________

Attorney for Plaintiff (s)_________________________________

Attorney for Defendant(s)________________________________

Attorney for Defendant(s)________________________________

Attorney for Defendant(s)________________________________